# STATEMENT OF 341(A) LOCATION

February 12, 2010

DIANNE FRANCES DONAHUE
26310 WISDOM DR
HEMET, CA 92544

Re: DIANNE FRANCES DONAHUE
    Chapter 13 Case No.: 6:10-bk-10609-MJ
    341(a) Meeting of Creditors: 02/22/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held at:

**Marriott-Riverside**
**The Regency Room**
**3400 Market Street**
**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged. The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

_____
Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   **DIANNE FRANCES DONAHUE** | Chapter: 13 |
|---|---|
| Debtor | Case Number: **6:10-bk-10609-MJ** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 2/12/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served):  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/12/2010 | Kristi Arcilla | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:   **DIANNE FRANCES DONAHUE**                          **Chapter: 13**

                                    Debtor      Case Number: **6:10-bk-10609-MJ**

## PROOF OF SERVICE OF DOCUMENT CONTINUED

| | | |
|---|---|---|
| DIANNE FRANCES DONAHUE<br>26310 WISDOM DR<br>HEMET, CA  92544 | DOAN LAW FIRM, LLP<br>25401 CABOT ROAD<br>SUITE 119<br>LAGUNA HILLS, CA  92653 | ADVANTA BANK CORP<br>PO BOX 844<br>SPRING HOUSE, PA  19477 |
| Capital One<br>P.O. Box 60599<br>City Of Industry, CA  91716 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Citifinancial Retail Services<br>Po Box 140489<br>Irving, TX  75014 |
| Digital Fed Credit Uni<br>220 Donald Lynch B<br>Marlborough, MA  01752 | First Data<br>265 Broad Hollow R<br>Melville, NY  11747 | GMAC<br>PO BOX 12699<br>GLENDALE, AZ  85318 |
| New York Life<br>PO Box 130539<br>Dallas, TX  75313 | Office Depot<br>P.O. Box 689020<br>Des Moines, IA  50368 | Osborne Develeopment<br>30001 Comercio<br>Rancho Santa Margarita, CA  92688 |
| Portfolio Recovery Associates<br>P.O. Box 12914<br>Norfolk, VA  23541 | Tnb-visa<br>Po Box 9475<br>Minneapolis, MN  55440 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX  75403 |
| WACHOVIA DEALER SERVICES<br>PO BOX 19657<br>IRVINE, CA  92623 | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT  59107 | Wells Fargo Card Ser<br>Po Box 5058<br>Portland, OR  97208 |

FG:114